**In the Matter of S. P. BEECHER.**

**No. 12084F.**

United States Court of Appeals
Ninth Circuit.

March 5, 1951.

Before DENMAN, Chief Judge, and STEPHENS and ORR, Circuit Judges.

PER CURIAM.

Beecher has filed a notice of appeal from an order of the district court of December 31, 1947, denying his motion to amend an order of that court of December 12, 1947, appointing Erle W. Horswill, an attorney, to represent Beecher and the estate in certain matters arising out of Beecher's proceedings under Section 75 of the Bankruptcy Act, 11 U.S.C.A. § 203.

The appeal is dismissed.

**In the Matter of S. P. BEECHER.**

**No. 12084E.**

United States Court of Appeals
Ninth Circuit.

March 5, 1951.

S. P. Beecher, in pro. per.

No other appearances were entered.

Before DENMAN, Chief Judge, and STEPHENS and ORR, Circuit Judges.

PER CURIAM.

Beecher appeals from an order of the district court of December 30, 1947, authorizing the payment of an attorney's fee to Erle W. Horswill and the payment of stenographers for their services. These same fees are included in the orders approving the receiver's reports, which we have affirmed as to these items in Beecher v. Leavenworth State Bank, 9 Cir., 184 F.2d 498, our No. 12,084A, decided September 14, 1950, and Beecher v. Leavenworth State Bank, 9 Cir., 187 F.2d 859, our No. 12,084A, decided this date.

The order is affirmed.

**S. P. BEECHER, Appellant, v. LEAVEN-WORTH STATE BANK et al., Appellees.**

**No. 12084A.**

United States Court of Appeals
Ninth Circuit.

March 5, 1951.

See also 187 F.2d 859.

S. P. Beecher, in pro. per.

Before DENMAN, Chief Judge, and STEPHENS and ORR, Circuit Judges.

PER CURIAM.

In Beecher v. Leavenworth State Bank, 9 Cir., 184 F.2d 498, our No. 12,084A, we reserved jurisdiction over the orders of the district court of December 30, 1947, and August 23, 1948, approving reports of the receiver to the extent that those orders dealt with the payment of fees for legal services rendered by Attorney Horswill in connection with the receivership there considered. The orders, to the extent that they approved the payment of fees to Attorney Horswill, are affirmed.